# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) No. 4:09-CR-301 CAS<br>v. )<br>)<br>GUADALUPE ANTONIO PACHECO, )<br>)<br>Defendant. ) | |

## ORDER OF PARTIAL DISMISSAL

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Frederick R. Buckles. On May 20, 2009, Judge Buckles filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Dismiss Count I of the Indictment be granted. In the Report and Recommendation, Judge Buckles noted that the government filed a request to join in the Motion to Dismiss.

No objections have been filed to the Magistrate Judge's Report and Recommendation and the time to do so has passed.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 25]

**IT IS FURTHER ORDERED** that defendant's Motion to Dismiss Count I of the Indictment is **GRANTED**. [Doc. 17]

**IT IS FURTHER ORDERED** that Count I of the Indictment is **DISMISSED**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  2nd  day of June, 2009.